IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO MUÑIZ CORTES and the estate of CLOTILDE DIAZ SUSTACHE, composed by PEDRO ANGEL MUÑIZ DIAZ, LUIS MUÑIZ DIAZ, JOSE ISMAEL MUÑIz DIAZ, MARIA ANTONIA MUÑIZ DIAZ, MARIA ELENA MUÑIZ DIAZ, MONSERRATE MUÑIZ DIAZ, CARMEN SARA MUÑIZ DIAZ, LYDIA MARIA MUÑIZ DIAZ JORGE M. MUÑIZ DIAZ, MIRIAM MUÑIZ CABAN, and DIANA MUÑIZ CABAN | CIVIL NO. 98-1874 (DRD) |
| Plaintiffs | NOTICE OF APPEAL |
| INTERMEDICS, INC., SULZER INTERMEDICS, INC., ABC COMPANY AND XYZ INSURANCE COMPANY | |
| Defendants | |

Notice is hereby given that all the plaintiffs in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final order and judgment entered in this action on the 25th day of August, 1999 dismissing this case on the grounds of res judicata and/or collateral estoppel, filed in the Clerk's Office on the 26th day of August, 1999.

In San Juan, P.R. this 22th day of September, 1999.

                                      **ULPIANO FALCON MATOS**
                                      **USDC NO. 114210**
                                      **ROBERTO RAFOLS DAVILA**
                                      **USDC NO. 119314**
                                      **ATTORNEYS FOR ALL THE PLAINTIFFS**
                                      **PO BOX 192386**
                                      **HATO REY, PR 00919-2386**
                                      **TEL.759-7266/FAX767-7986**

                                      _____
                                      **by ULPIANO FALCON MATOS, ESQ.**

[Cashier receipt stamp: RECEIPT # 103802, AMOUNT $105.00, with cashier signature]

[Handwritten notation: "Appeal paid / fee the appeal / clerk"]