IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Pedro Muñiz Cortes et ual
_____
Plaintiff(s),

v.                                          CIVIL NO. 98-1874 (DRD)

Intermedics Inc
_____
Defendant(s).

---

### DESCRIPTION OF MOTION

DATE FILED: 10 / 1 / 99          TITLE: Motion Under Rule 11(c) (24)
DOCKET NO.: 24, 23                      Motion to examine Court Records. (23)

[ ] Plffs.        [ ] Defts.

---

### ORDER

Plaintiff's counsel requests that the file of the case (The Record on Appeal) be retained to allow counsel an opportunity to examine and photocopy pertinent parts of the Record since counsel (new) appeared in the case after the judgment was issued. The court grants the request for twenty days only - Thereafter the Record shall be prepared and forwarded in the regular course of business. It is so ordered.

---

10 / 6 / 99                         /s/ Daniel R. Dominguez
DATE                                DANIEL R. DOMINGUEZ
                                    U.S. DISTRICT JUDGE

3 CCA                                                              25